

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

June 20, 1952

Hon. R. C. Lanning
Chairman
State Board of Control
Austin, Texas

Opinion No. V-1467

Re: Legality of purchasing
school busses and tires
and tubes for the Pan
American College, Edin-
burg, through the State
Board of Control.

Dear Sir:

You have requested an opinion on the follow-
ing question:

"May or must the State Board of Control
purchase school busses and tires and tubes
for the Pan American College?"

The Pan American College was established pur-
suant to the provisions of Article 2815t, V.C.S. pro-
viding for the creation and regulation of regional
junior college districts.

Article 634, V.C.S., provides:

"The Board of Control shall purchase all
the supplies used by each Department of the
State Government, including the State Prison
System, and each eleemosynary institution,
Normal school, Agricultural and Mechanical
College, University of Texas, and each and all
other State Schools or Departments of the State
Government heretofore or hereafter created.
Such supplies to include furniture and fixtures,
technical instruments and books, and all other
things required by the different departments or
institutions, except strictly perishable goods."

It is our opinion that Article 634 was not intend-
ed to  include colleges which are supported mainly by local
tax levies within the class of educational institutions
which must purchase their equipment and supplies through
the Board of Control.

The only other statute which might possibly authorize the purchase of these busses and equipment through the Board of Control is Article 634(B), V.C.S., which provides in part:

"All motor vehicles used for transporting school children, including buses, bus chassis, and bus bodies, tires and tubes, purchased for or by any school district participating in the Foundation School Program, shall be purchased by and through the Board of Control..."

Article 634(B), is a part of the Foundation School Program Act (S.B. 116, Acts 51st Leg., R.S. 1949, ch. 334, p. 625), which applies only to Texas public school districts as distinguished from schools of higher education. Article 2922-11, V.C.S. The Board of Control's authority to purchase school busses and equipment for school districts is limited by the provisions of Article 634(B). Under its provisions the Board of Control can only purchase busses for school districts "participating in the Foundation School Program." The Pan American College cannot participate in the Foundation School Program since such program is not applicable to universities, colleges, and other schools of higher education.

It is an established rule that public officers and governmental agencies possess only such powers as are conferred upon them by law or are necessarily implied from the powers so conferred. Anderson v. Houchins, 99 S.W.2d 1029 (Tex. Civ. App. 1936); Bryan v. Sundberg, 5 Tex. 418 (1849).

It is therefore our opinion that the Board of Control has no authority to purchase school busses, tires, and tubes for the Pan American College.

### SUMMARY

The Board of Control does not have authority to purchase school busses, tires, and tubes for the Pan American College established pursuant to Art. 2815t, V.C.S., since this college is not a "State school" within the meaning of Art. 634, V.C.S., and since it does not participate in the Foundation School Program and therefore does not come within the provisions of Art. 634 (B), V.C.S.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Mary K. Wall
Reviewing Assistant

Charles D. Mathews
First Assistant

PRICE DANIEL
Attorney General

By *John Reeves*
   John Reeves
   Assistant

JR:am